THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLIFFORD E. MORRISON, Respondent, against WILLIAM H. POLLACK, as Sheriff of the County of Erie, et al., Appellants.

Argued June 3, 1942; decided July 29, 1942.

*Leo J. Hagerty,* District Attorney (*Maurice Frey* of counsel), for appellants.

*Sigmund Schwartz* for respondent.

Order affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.